

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-20-00085-CV

Eliza **FLORES,**
Appellant

v.

**HEB GROCERY COMPANY, LP** d/b/a Joe V's Smart Shop,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The appellant's attorney has notified this court that the parties have reached a settlement. Accordingly, it is ORDERED that appellant must file a motion to dismiss this appeal *within fourteen (14) days* after the date of this order. *See* TEX. R. APP. P. 42.1(a)(1).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court